2009-36201
FILED
November 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002225533

ERIN LANEY (CA SBN 259863)
CASPER RANKIN (CA SBN 249196)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TOMIYA OMESHA GAINES,<br><br>Debtor(s). | Case No. 09-36201<br><br>Chapter 7<br><br>D.C. No. PD-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1,<br><br>Movant,<br><br>vs.<br><br>TOMIYA OMESHA GAINES, Debtor(s); and GARY FARRAR, Chapter 7 Trustee,<br><br>Respondents. | LBR 4001-1 and 9014-1(f)(1)<br><br>DATE: November 9, 2009<br>TIME: 9:00 a.m.<br>CTRM: 28<br><br>501 "I" Street<br>Sacramento, CA 95814 |

RECEIVED
November 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002225533

1     The above-captioned matter came on for hearing on November 9, 2009, in the Courtroom of the Honorable Michael S. McManus, upon the Motion of Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2006-AR1, Mortgage Pass-Through Certificates, Series 2006-AR1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Tomiya Omesha Gaines ("Debtor") commonly known as 10869 Tank House Drive, Stockton, California 95209 (the "Real Property"), which is legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

    Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1)     The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2)     Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3)     The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is not waived but shall run concurrently with the 7-day period specified in California Civil Code § 2924g(d);

4)     Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

5)     Movant may offer and provide Debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

///
///
///
///

6) The court determines that this bankruptcy proceeding has been finalized for purpose of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

Dated: November 17, 2009

By the Court

Michael S. McManus
United States Bankruptcy Judge

## LEGAL DESCRIPTION

THAT CERTAIN REAL PROPERTY SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN JOAQUIN, DESCRIBED AS FOLLOWS:

LOT 45 AS SHOWN ON THAT CERTAIN MAP ENTITLED, TRACT NO. 3295, WINDMILL PARK, UNIT NO. 1, FILED FOR RECORD MAY 6, 2004 IN VOL. 39 OF MAPS AND PLATS, PAGE 5, SAN JOAQUIN COUNTY RECORDS.

A CERTIFICATE OF CORRECTION RECORDED JUNE 17, 2004 AS INSTRUMENT NO. 2004-133298, SAN JOAQUIN COUNTY RECORDS.

A CERTIFICATE OF CORRECTION RECORDED MAY 20, 2005 AS INSTRUMENT NO. 2005-122720, SAN JOAQUIN COUNTY RECORDS.

TOGETHER WITH A TEMPORARY ACCESS EASEMENT APPURTENANT TO EACH LOT OVER AND ACROSS STREETS KNOWN AS WINDMILL PARK DRIVE, WINDJAMMER DRIVE, WINDMILL COVE DRIVE, TANK HOUSE DRIVE AND YARDLEY DRIVE, AS SHOWN ON THE SUBDIVISION MAP FOR TRACT NO. 3292, RECORDED MAY 6, 2004 IN VOL. 39 OF MAPS AND PLATS, PAGE 5, SAN JOAQUIN COUNTY RECORDS, TO PROVIDE ACCESS TO WHISTLER WAY. THE TEMPORARY ACCESS EASEMENT SHALL AUTOMATICALLY TERMINATE AS TO EACH LOT WHEN THE STREETS NECESSARY TO PROVIDE SUCH LOT PERMANENT ACCESS TO WHISTLER WAY HAVE BEEN CONVEYED TO THE HOMEOWNERS' ASSOCIATION.

FIRST AMERICAN TITLE


EXHIBIT A